**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-cv-62755-BLOOM/Valle**

**TONY GAITER**, *et al.*,

      Plaintiffs,

vs.

**NATIONAL FOOTBALL LEAGUE**, *et al.*,

      Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

The Court has been advised that this case is a potential "tag-along" action to a matter pending before Judicial Panel on Multidistrict Litigation (MDL No. 2323, pending in the United States District Court for the Eastern District of Pennsylvania).  Because this case may be transferred to the U.S. District Court for the Eastern District of Pennsylvania, it is

**ORDERED AND ADJUDGED** as follows:

1.    This case is **STAYED** pending a transfer decision by the Judicial Panel on Multidistrict Litigation.

2.    Furthermore, the case shall be **ADMINISTRATIVELY CLOSED**, for statistical purposes only, without prejudice to the substantive rights of any of the parties. Any party may move to reopen this case at the appropriate time.

**DONE AND ORDERED** in Miami, Florida, this 5th day of December, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record